AO 93 (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

____EASTERN____ District of ____CALIFORNIA____

**FILED**
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

**FAHEEM MUHAMMAD**

SEARCH WARRANT

Case Number: **1:09 SW 178-GSA**

TO: __Special Agent Ryan Stearman__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Ryan Stearman__ who has reason to believe
                                                Affiant

that ☒ on the person of, or ☐ on the premises known as (name, description and/or location)

**FAHEEM MUHAMMAD**

in the ____Eastern____ District of ____California____ there is now concealed a certain person or property, namely (describe the person or property)

**DNA (deoxyribonucleic acid)**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED TO search on or before **July 31, 2009**
                                                              Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search
☒ in the daytime -- 6:00 A.M. to 10:00 P.M. ☐ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken and prepare a written inventory of the person or property seized and promptly return this warrant to

____Gary S. Austin____ as required by law.
U.S. Magistrate Judge (Rule 41(f)(f4))

**July 24, 2009**   1:15 PM   at   **Fresno, California**
Date and Time Issued                    City and State

**Gary S. Austin**
**U.S. Magistrate Judge**
Name and Title of Judge                 Signature of Judge

AO 93 (Rev. 12/03) Search Warrant

| **RETURN** | Case Number: | |
|---|---|---|
| DATE WARRANT RECEIVED<br>7/24/09 | DATE AND TIME WARRANT EXECUTED<br>7/24/09   1350 Hrs | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>FAHEEM MUHAMMAD |
| INVENTORY MADE IN THE PRESENCE OF FAHEEM MUHAMMAD | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

- TWO COTTON SWABS OF FAHEEM MUHAMMAD'S INNER CHEEK

NOTHING FURTHER

430038601000

430038600000

Initials/Date: 7/24/09 RS      Initials/Date: 7/24/09 RS

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_      7/24/09
Signature of Judge      Date